HELEN M. SMITH, Respondent, *v.* GEORGE BROOKS, Appellant, and SECOND NATIONAL BANK OF COOPERSTOWN et al., Respondents.

*Smith* v. *Brooks*, 116 App. Div. 920, affirmed.
(Argued February 21, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division, of the Supreme Court in the third judicial department, entered December 18, 1906, affirming a judgment in favor of plaintiff and against the defendant, appellant, entered upon a decision of the court on trial at Special Term in an action to recover moneys alleged to have been fraudulently obtained.

*A. R. Gibbs* for appellant.

*Lynn J. Arnold* for plaintiff, respondent.

*James W. Barnum* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.